UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN MCNUTT, Administrator of the Estate of Ronald D. McNutt, Deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>R&S METALS LLC; AECOM ENERGY & CONSTRUCTION, INC.; ALBERICI CONSTRUCTORS, INC. and WASHINGTON GROUP-ALBERICI JOINT VENTURE<br><br>      Defendants, etc.,<br><br>  v.<br><br>JAMES R. LANGSTON TRUCKING and RIVER METALS RECYCLING, LLC,<br><br>      Third-Party Defendants, etc. | Case No. 19-cv-300-JPG |

## MEMORANDUM AND ORDER

      This matter comes before the Court on the Motion to Dismiss (Doc. 143) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff.  The plaintiff seeks dismissal not only of his own claims, but all the counterclaims, crossclaims, third-party claims, and any other claims in this case between and among any parties to this case.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  In the absence of objection from any party, the Court **GRANTS** the motion (Doc. 143), **DISMISSES** all claims in this case **with prejudice** and without costs, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  January 19, 2021**

                                                      s/ J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**