UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN MCNUTT, Administrator of the Estate of Ronald D. McNutt, Deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>R&S METALS LLC; AECOM ENERGY & CONSTRUCTION, INC.; ALBERICI CONSTRUCTORS, INC. and WASHINGTON GROUP-ALBERICI JOINT VENTURE<br><br>     Defendants, etc.,<br><br>  v.<br><br>JAMES R. LANGSTON TRUCKING and RIVER METALS RECYCLING, LLC,<br><br>     Third-Party Defendants, etc. | Case No. 19-cv-300-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision as to some matters and the parties having sought voluntary dismissal of the case;

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case are dismissed with prejudice and without costs.

                                                  **MARGARET M. ROBERTIE, Clerk of Court**

**Dated: January 19, 2021**                s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**